UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.:

| | |
|---|---|
| JANE DOE, JOHN DOE<br>And KATHY DOE,<br><br>    Plaintiffs<br><br>v.<br><br>E. F. TRAVEL, INC.,<br>TOWN OF ANDOVER,<br>JOSEPHINE GOLDIN , AND<br>BRIAN SHEA,<br><br>    Defendants | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**DEFENDANTS', TOWN OF ANDOVER, JOSEPHINE GOLDIN,
BRIAN SHEA, NOTICE OF REMOVAL OF ACTION FROM STATE COURT**

Pursuant to 28 U.S.C. §1441(b) and 1446, the Defendants petition for removal of this action to the United States District Court for the District of Massachusetts.  As grounds therefore, the Defendants state as follows:

1.    On or about April 20, 2011, the Plaintiff filed this suit in the Suffolk Superior Court, Civil Action No. 2011-1528 C.

2.    On, July 16, 2011, the Plaintiffs' complaint was served upon the Defendants and undersigned counsel accepted service on behalf of Defendants, Town of Andover, Josephine Goldin, and Brian Shea, attached as Exhibit A is a copy of the Plaintiffs' Complaint.

3.    In the complaint, the Plaintiffs allege, "42 U.S.C. §1983 provides a cause of action for the violation of a citizen's rights protected by the Constitution of the United States."

4.      Because this matter is an action arising under federal law of which

this Court has original jurisdiction, as authorized by 28 U.S.C. §1331,

it is subject to removal under 28 U.S.C. §1441(b).

5.      This Notice of Removal is being filed within the time period required

by law, 28 U.S.C. §1446(b).

Respectfully submitted,

Defendants, Town of Andover,
Josephine Goldin, and Brian Shea,
By their attorneys,

/s/ Leonard Kesten
Leonard H. Kesten, BBO #542042
BRODY, HARDOON, PERKINS & KESTEN, LLP
One Exeter Plaza
Boston, MA 02116
lkesten@bhpklaw.com
617- 880-7100

### CERTIFICATE OF SERVICE

I hereby certify that this document was filed through the ECF system and will therefore be sent electronically to the registered participants as identified on the Notice of Electric Filing (NEF) and paper copies will be sent this day to those participants indicated as non-registered participants.

/s/ Leonard Kesten
Leonard H. Kesten, BBO #542042

Dated:  August 8, 2011